UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                        :

VERONICA MADDY,                         :

                        Plaintiff,    :

                                           :           22 Civ. 5048 (LGS)

                -against-         :

                                         :              ORDER

CANINE STYLES INC.,                 :

                      Defendant.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order, dated July 11, 2022, required the parties to file a proposed joint

letter and case management plan no later than seven days before the initial pretrial conference;

      WHEREAS, the initial pretrial conference is scheduled for August 24, 2022;

      WHEREAS, Defendant was served on August 1, 2022;

      WHEREAS, Defendant is required to respond to the Complaint by August 22, 2022;

      WHEREAS, Defendant has not appeared in this case and has not yet responded to the

Complaint;

      WHEREAS, the parties failed to file the joint letter or proposed case management plan.  It

is hereby

      **ORDERED** that, if Plaintiff is in communication with Defendant, the parties shall file the

joint letter and proposed case management plan as soon as possible and no later than **August 24,**

**2022**.  If Defendant refuses to cooperate in the preparation of these documents, Plaintiff shall

prepare and file them.  If Plaintiff is not in communication with the Defendant, no later than

**August 24, 2022**, Plaintiff shall file a status letter (1) requesting further adjournment of the initial

conference for up to 30 days and (2) proposing a date prior to the conference to present an Order

to Show Cause for default judgment as to Defendant and related papers as provided in the Court's

Individual Rules.  It is further

**ORDERED** that the initial pretrial conference scheduled for August 24, 2022, is

adjourned to **August 31, 2022, at 4:00 P.M.**

Dated: August 18, 2022
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE