```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
VERONICA MADDY,                                             :
                              Plaintiff,                    :
                                                            :           22 Civ. 5048 (LGS)
               -against-                                    :
                                                            :               ORDER
CANINE STYLES INC.,                                         :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated October 14, 2022, required the parties to file a status letter on December 12, 2022, as outlined in Individual Rule IV.A.2;

WHEREAS, the parties failed to submit the letter. It is hereby

**ORDERED** that, by **December 16, 2022**, the parties shall file the status letter.

Dated: December 14, 2022
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**